AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ALAN BASSANI,

                Plaintiff,

                v.

R. SUTTON, YAKIMA COUNTY SHERIFF'S DEPT., and YAKIMA COUNTY,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-3012-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff as to Plaintiff's first two causes of action, under 42 USC §§ 1983 and 1985, against all Defendants.

    April 28, 2010                                             JAMES R. LARSEN
*Date*                                                          *Clerk*

                                                                 s/ Linda Emerson
                                                                  *(By) Deputy Clerk*
                                                                  Linda Emerson